George Kelch, Appellant, v. Joseph Marx, Trading as Chicago Welding and Boiler Repair Company, and George Gieb, Appellees.

Gen. No. 41,798.

opinion filed January 19, 1942. Harry George, for appellant; Eckert & Peterson, for appellees; A. R. Peterson, W. W. Ross, Jr. and W. W. Speer, Jr., of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."

Ralph H. Jackson, Appellee, v. Meyer Katzman et al., Appellants.

Gen. No. 41,739.

opinion filed January 19, 1942. Sabath, Perlman, Goodman & Rein, for appellants; Harold A. Fein, for appellee; Lydia B. Levinson, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."